IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **JOHN HALL,** <br> **ID # 11207-078,** <br><br> Movant, <br><br> v. <br><br> **UNITED STATE OF AMERICA,** <br><br> Respondent. | Civil Action No. 3:14-cv-1389-O (BH) <br> (No. 3:12-cr-349-O) |

## ORDER ACCEPTING FINDINGS , CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. *See* ECF No. 13. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

Therefore, it is **ORDERED** that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are accepted as the findings of the Court. Accordingly, this case is **DISMISSED with prejudice.**

SO ORDERED on this **22nd day** of **June, 2016.**

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**